**2009-1967.   State v. Battistelli.**
Lorain App. No. 09CA009536, 2009-Ohio-4796. This cause is pending before the court as a discretionary appeal. On February 25, 2010, appellant filed a notice of lower court proceedings. Upon review of the notice,

It is ordered by the court, sua sponte, that the parties show cause within fourteen days of the date of this entry why this appeal should not be dismissed as moot.

## DISCIPLINARY CASES

**2008-0389.   Cleveland Bar Assn. v. Ramos.**
On February 16, 2010, respondent, Edgar A. Ramos, filed an application for termination of probation. Upon consideration thereof, the court finds that respondent has substantially complied with Gov.Bar R. V(9)(D) and with its order dated July 3, 2008, in which the court suspended respondent for a period of six months with the entire suspension stayed on conditions. Upon consideration thereof,

It is ordered by this court that the probation of respondent, Edgar A. Ramos, Attorney Registration No. 0015402, last known business address in Rocky River, Ohio, is terminated.

It is further ordered that the Clerk of this court issue certified copies of this order as provided for in Gov.Bar R. V(8)(D)(1), that publication be made as provided for in Gov.Bar R. V(8)(D)(2), and that respondent bear the costs of publication.

## MISCELLANEOUS DISMISSALS

**2009-1629.   State ex rel. Automated Solutions Corp. v. Friedland.**
Cuyahoga App. No. 92583, 2009-Ohio-3741. This cause is pending before the court as an appeal from the Court of Appeals for Cuyahoga County. Upon consideration of appellant's application for dismissal,

It is ordered by the court that the application for dismissal is granted. Accordingly, this cause is dismissed.